THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS RIVERA, Appellant.

Argued November 16, 1949; decided December 29, 1949.

*Louis N. Blatt* for appellant.

*Gordon Steele, District Attorney* (*John F. Dwyer, George H. Metz* and *Leonard Finkelstein* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.